■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE GOMEZ, Appellant. [643 NYS2d 401] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered June 14, 1990, convicting him of man-

slaughter in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the jury could properly infer that he recklessly caused the victim's death. Issues of credibility of the witnesses, and the weight to be accorded the evidence were all questions to be determined by the jury which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84). The jury's determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review and we decline to reach them in the exercise of our interest of justice jurisdiction (*see, People v Ononkpevwe,* 151 AD2d 511; *People v Brown,* 167 AD2d 346). O'Brien, J. P., Santucci, Joy and Florio, JJ., concur.